# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § CASE NO. 6:07-CR-0095-RC |
| v. | § |
| | § |
| | § |
| WENDALLEN CARDARIUS ADAMS (10) | § |
| | § |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The court referred a petition alleging violations of supervised release conditions to the Honorable K. Nicole Mitchell, United States Magistrate Judge, at Tyler, Texas, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Report of the United States Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available evidence.

At the close of the revocation hearing, U.S. Magistrate Judge K. Nicole Mitchell recommended:

1. that the court find that the Defendant violated the fourth allegation in the petition that he failed to follow a standard condition of release;

2. that the Defendant's supervised release should be revoked pursuant to 18 U.S.C. § 3583; and

3. the Defendant should be sentenced to a term of 90 days of imprisonment to be followed by 6 months of supervised release.

Neither party has filed objections to Judge Mitchell's Report and Recommendation. Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Wendallen Cardarius Adams' supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

So **ORDERED** and **SIGNED** this **24** day of **June, 2017.**

_____
Ron Clark, United States District Judge